UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID FRYE, *Trustee*, ET AL., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| vs. ) | No. 1:22-cv-02171-JMS-TAB |
| ) | |
| REAP CONSTRUCTION GROUP, LLC, ) | |
| ) | |
| *Defendant*. ) | |

## ORDER

Plaintiffs filed a Motion for Clerk's Entry of Default and a supporting Affidavit on August 24, 2023, seeking Clerk's entry of default against Defendant Reap Construction Group, LLC. [Filing No. 10; Filing No. 10-1.]  The supporting Affidavit filed with the Motion states that "the Complaint and Summons was served upon the Defendant Sega Ag Contractors, Inc. on or about April 17, 2023 through its resident agent by personal service as reflected in the Proof of Service filed on April 20, 2023."  [Filing No. 10-1.]  The reference to "Defendant Sega Ag Contractors, Inc." appears to be a typographical error, since the Defendant in this case is Reap Construction Group, LLC.  So that the Court can properly evaluate the Motion for Clerk's Entry of Default, the Court **ORDERS** Plaintiffs to file a corrected supporting Affidavit by **September 27, 2023** which properly sets forth whether Defendant Reap Construction Group, LLC has been properly served.

The Court also notes that the Proof of Service reflects service of the Summons and Complaint on Ryan Potter at 1520 East Riverside Drive, Indianapolis, IN 46202, [Filing No. 7], yet the Certificate of Service attached to the Motion for Clerk's Entry of Default indicates that the Motion was served on Mr. Potter at 5367 Traditions Road, Indianapolis, IN 46235, [Filing No. 10 at 2].  Moreover, the Court's search of the Indiana Secretary of State's records, which confirm that

1

Mr. Potter is the Registered Agent for Reap Construction Group, LLC, reflect an address of 5731 W. 85th St., Indianapolis, IN 46278 for Mr. Potter.  The supporting Affidavit that Plaintiffs file must address these discrepancies with Mr. Potter's address.

Date: 9/18/2023

*signature*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

**Distribution via U.S. Mail to:**

Reap Construction Group, LLC
c/o Ryan Potter, Registered Agent
5731 W. 85th St.
Indianapolis, IN 46278